**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, NV  89015
(702) 267-1231
(702) 267-1201 Facsimile
brandon.kemble@cityofhenderson.com

Attorneys for City of Henderson and
Henderson Police Department

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKY J. ANDERSON, JR. an individual,<br><br>Plaintiff,<br><br>v.<br><br>HENDERSON POLICE DEPARTMENT, a political subdivision of the City of Henderson; CITY OF HENDERSON, a political subdivision of the State of Nevada; DOE POLICE OFFICERS I THROUGH X; doe individuals I through X; and ROE CORPORATIONS I through V, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:22-cv-01897-CDS-EJY<br><br>**[28 U.S.C. §§ 1331, 1441, AND 1446]**<br><br>**[FEDERAL QUESTION]** |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS HENDERSON POLICE DEPARTMENT AND CITY OF HENDERSON TO FILE AN ANSWER TO COMPLAINT**

IT IS HEREBY STIPULATED between the parties that the time for Defendants Henderson Police Department and City of Henderson may be extended for 60-days from the date of this stipulation.

1

1. On October 3, 2022, Plaintiff filed his Complaint in Clark County District Court case number A-22-859299-C. Defendants were served a copy of the Summons and Complaint on October 10, 2022.

2. On November 9, 2022, Defendants filed their Petition for Removal of Civil Action in the United States District Court for the District of Nevada, case number 2:22-cv-01897 (ECF 1).

3. On November 23, 2022, Defendants filed their Statement of Removal (ECF 5).

4. Counsel for both parties have conferred and agreed that the time for Defendants to file their Answer to Plaintiff's Complaint would be extended by 60-days, that date being January 27, 2023.

| | |
|---|---|
| DATED this November 30, 2022 | DATED this November 30, 2022 |
| CITY OF HENDERSON | EDWARD M. BERNSTEIN & ASSOCIATES |
| /s/ Brandon P. Kemble | /s/ Brian E. Lunt |
| **BRANDON P. KEMBLE** | **BRIAN E. LUNT, ESQ.** |
| Assistant City Attorney | Nevada Bar No. 11189 |
| Nevada Bar No. 11175 | 500 South Fourth Street |
| 240 Water Street, MSC 144 | Las Vegas, NV 89101 |
| Henderson, NV 89015 | |
| Attorneys for Defendants | Attorneys for Plaintiff |
| CITY OF HENDERSON and | RICKY J. ANDERSON, JR. |
| HENDERSON POLICE DEPARTMENT | |

## ORDER

**IT IS SO ORDERED** this 30th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE