1  **NICHOLAS G. VASKOV**
   City Attorney
2  Nevada Bar No. 8298
   **BRANDON P. KEMBLE**
3  Assistant City Attorney
   Nevada Bar No. 11175
4  **BRIAN R. REEVE**
   Assistant City Attorney
5  Nevada Bar No. 10197
   240 Water Street, MSC 144
6  Henderson, NV 89015
   (702) 267-1231
7  (702) 267-1201 Facsimile
   brandon.kemble@cityofhenderson.com
8
   Attorneys for City of Henderson and
9  Henderson Police Department




## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICKY J. ANDERSON, JR. an individual,<br><br>Plaintiff,<br><br>v.<br><br>HENDERSON POLICE DEPARTMENT, a political subdivision of the City of Henderson; CITY OF HENDERSON, a political subdivision of the State of Nevada; DOE POLICE OFFICERS I THROUGH X; doe individuals I through X; and ROE CORPORATIONS I through V, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:22-cv-01897-CDS-EJY<br><br>**[28 U.S.C. §§ 1331, 1441, AND 1446]**<br><br>**[FEDERAL QUESTION]** |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS
HENDERSON POLICE DEPARTMENT AND CITY OF HENDERSON
TO FILE AN ANSWER TO COMPLAINT (SECOND REQUEST)**

IT IS HEREBY STIPULATED between the parties that the time for Defendants Henderson Police Department and City of Henderson to file their Answer to Plaintiff's Complaint may be extended for 60 days from the date of this stipulation.

1. On October 3, 2022, Plaintiff filed his Complaint in Clark County District Court, case number A-22-859299-C. On October 10, 2022, Defendants were served a copy of the Summons and Complaint.

2. On November 9, 2022, Defendants filed their Petition for Removal of a Civil Action in the United States District Court for the District of Nevada, case number 2:22-cv-01897 (ECF 1).

3. On November 23, 2022, Defendants filed their Statement of Removal (ECF 5).

4. Counsel for both parties conferred and agreed that the time for Defendants to file their Answer to Plaintiff's Complaint would be extended by 60 days, that date being January 27, 2023.

5. On January 26, 2023, the parties reached a settlement in principle.

6. The request for additional time is to finalize settlement documents, payment, and dismissal of the action.

DATED this January 26, 2023

CITY OF HENDERSON

/s/ Brandon P. Kemble
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
240 Water Street, MSC 144
Henderson, NV 89015

Attorneys for Defendants
CITY OF HENDERSON and
HENDERSON POLICE DEPARTMENT

DATED this January 26, 2023

EDWARD M. BERNSTEIN & ASSOCIATES

/s/ Brian E. Lunt
**BRIAN E. LUNT, ESQ.**
Nevada Bar No. 11189
500 South Fourth Street
Las Vegas, NV 89101

Attorneys for Plaintiff
RICKY J. ANDERSON, JR.

## ORDER

**IT IS SO ORDERED** this 27th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE