NICHOLAS G. VASKOV
City Attorney
Nevada Bar No. 8298
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1231
(702) 267-1201 Facsimile
brandon.kemble@cityofhenderson.com

Attorneys for Defendant Henderson Police Department

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICKY J. ANDERSON, JR. an individual,<br><br>Plaintiff,<br><br>v.<br><br>HENDERSON POLICE DEPARTMENT, a political subdivision of the City of Henderson; CITY OF HENDERSON, a political subdivision of the State of Nevada; DOE POLICE OFFICERS I THROUGH X; doe individuals I through X; and ROE CORPORATIONS I through V, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:22-cv-01897-CDS-EJY<br><br>[28 U.S.C. §§ 1331, 1441, AND 1446]<br><br>[FEDERAL QUESTION] |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(b), Defendant City of Henderson, named as Henderson Police Department, and Plaintiff Ricky J. Anderson, Jr. through their attorneys of record, stipulate and agree that the above-entitled action shall be dismissed, in its entirety, with prejudice, with each party to bear its own attorney fees and costs.

1

No trial date has been set in this matter.

Dated this 13th day of ~~February~~ MARCH, 2023.                        Dated this 27th day of February, 2023.

CITY OF HENDERSON                                                       EDWARD M. BERNSTEIN & ASSOCIATES

By _____                                              By _____
BRANDON P. KEMBLE                                                       BRIAN E. LUNT, ESQ.
Assistant City Attorney                                                 Nevada Bar No. 11189
Nevada Bar No. 11175                                                    500 South Fourth Street
240 Water Street, MSC 144                                               Las Vegas, NV 89101
Henderson, NV 89015

Attorneys for Defendant                                                 Attorneys for Plaintiff
CITY OF HENDERSON                                                       RICKY J. ANDERSON, JR.

## ORDER

**IT IS SO ORDERED** this __15th__ day of __March__, 2023.

The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

2